UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERMAINE LEWIS SMITH,

    Plaintiff,

v.

Case No. 23-cv-12903
Hon. Matthew F. Leitman

KRISTOPHER STEECE, *et al.*,

    Defendants.
_____/

## JUDGMENT

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED**.

                                        KINIKIA ESSIX
                                        CLERK OF COURT

                                By:    s/Holly A. Ryan
                                                Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: April 28, 2025
Detroit, Michigan